IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HERICK MARCEL JR.,

    Plaintiff,

vs.        Case No. 8:19-cv-6

MERLIN ENTERTAINMENTS
GROUP FLORIDA, LLC,

    Defendant.
_____/

## ***NOTICE OF REMOVAL***

    Defendant, MERLIN ENTERTAINMENTS GROUP FLORIDA, LLC, by and through its undersigned counsel, hereby gives notice of removal of this action to this Court, pursuant to 28 U.S.C. §§ 1331, 1367, on the following grounds:

    1.    On November 30, 2018, Plaintiff filed his Complaint in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, in an action titled *Herick Marcel Jr., vs. Merlin Entertainments Group Florida, LLC* (Case No. 2018-CA-004783).

    2.    On December 27, 2018, Defendant was served with the Complaint and Demand for Jury Trial (hereinafter, the "Complaint").

    3.    In the Complaint, Plaintiff alleges that Defendant violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2, and the Civil Rights Act of 1866, 42 U.S.C. § 1981. Additionally, Plaintiff alleges that Defendant violated the Florida Civil Rights Act of 1992, Florida Statutes, Chapter 760, *et seq*.

4. The Complaint constitutes an action that is removable to this Court pursuant to 28 U.S.C. § 1331, which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Accordingly, this civil action is removable to this Court by Defendant pursuant to 28 U.S.C. § 1441(a). The Court has jurisdiction over Plaintiff's pendent state law claim under its supplemental jurisdiction authority. *See* 28 U.S.C. § 1367(a).

6. Venue is appropriate in the United States District Court for the Middle District of Florida, Tampa Division. *See* Local Rules 1.02(b)(4) and 4.02(a).

7. This notice is being filed within thirty (30) days after service of the Complaint upon Defendant. Therefore, this notice is timely pursuant to 28 U.S.C. § 1446(b).

8. In accordance with the requirements of 28 U.S.C. § 1446(a) and Local Rule 4.02, a copy of all process, pleadings, and other papers on file in the state court action are attached hereto as Exhibit A.

9. Written notice of the filing of this notice will be given to Plaintiff, as required by law.

10. A copy of this notice will be filed with the Clerk of the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida pursuant to 28 U.S.C. § 1446(d) after the filing of the original of this notice in this Court.

WHEREFORE, Defendant MERLIN ENTERTAINMENTS GROUP FLORIDA, LLC, in accordance with the foregoing notice, respectfully submits that this action pending in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, is hereby removed to the United States District Court for the Middle District of Florida, Tampa Division, and prays that

this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

<u>***CERTIFICATE OF SERVICE***</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished by electronic mail to Rainier Regueiro, Esq. of Remer & Georges-Pierre, PLLC, 319 Clematis Street, Suite 606, West Palm Beach, FL 33401 at agp@rgpattorneys.com on this 2nd day of January, 2019.

*/s/ Eduardo A. Suarez-Solar*
Eduardo A. Suarez-Solar, Esq.
Florida Bar No.: 958875
Daniel P. Dietrich, Esq.
Florida Bar No.: 934461
Jounice L. Nealy-Brown, Esq.
Florida Bar. No.: 124793
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL  33602
(813) 222-6653; Fax:  (813) 228-6739
Primary E-mail:    esuarez@gunster.com
                              ddietrich@gunster.com
                              jnealy-brown@gunster.com
Secondary E-mail: tkennedy@gunster.com
                              adavis@gunster.com
                              eservice@gunster.com

***Attorneys for Defendant***